AO 91 (Rev. 5/85) Criminal Complaint

ORIGINAL

# United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C ATLANTA

NOV 0 3 2009

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
v.

**PAUL JANNUZZO**

CRIMINAL COMPLAINT

CASE NUMBER:   1:09-MJ-1352

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  October 13, 2009, in  Cobb County, in the Northern District of Georgia defendant(s) did,

move and travel in interstate commerce between Georgia and Mexico to avoid prosecution for the crime of the Georgia RICO Act, which is a felony under the laws of the state of Georgia;

in violation of Title  18  United States Code, Section(s)  1073.

I further state that I am a(n) Special Agent with the FBI and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof.    (X) Yes   ( ) No

_____
Signature of Complainant
Chad Fitzgerald
Federal Bureau of Investigation

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it.  Sworn to before me, and subscribed in my presence

November 3, 2009                                   at    Atlanta, Georgia
Date                                                          City and State

C. Christopher Hagy
United States Magistrate Judge                          _____
Name and Title of Judicial Officer                       Signature of Judicial Officer
AUSA Mary C. Roemer  mcr

AFFIDAVIT

1. Your affiant, Chad Fitzgerald, is a special agent with the Atlanta office of the Federal Bureau of Investigation.

2. On October 26, 2009, Detective Keith Harrison, Criminal Investigations Division, Smyrna Police Department, advised the affiant as follows:

> (a) On October 23, 2009, a bench warrant was issued in Cobb County Superior Court charging Paul Jannuzzo, with the crime of failure to appear in relation the violations of the Georgia RICO Act, a felony in the state of Georgia.

> (b) Detective Harrison was able to determine that Paul Jannuzzo departed the United States on October 13, 2009 en route to Mexico via Delta Airlines.

3. Smyrna Police Department will extradite Jannuzzo from any jurisdiction in which he is apprehended.

270680

2009 OCT 23 PM 12:06

COPY

STATE OF GEORGIA, Cobb County

CASE NO. 08-9-2193-49

received

## BENCH WARRANT

___ NO ARREST    X FAILURE TO APPEAR    ___ JUDGMENT ABSOLUTE

To any Sheriff, Deputy Sheriff, Coroner, Constable, or Marshall –

Greetings:

You and each of you are hereby commanded in the name of the State to apprehend:

Defendant: Paul Jannuzzo

Offense: Ct 1) Theft by Conversion
Ct 2) Viol GA Rico Act

Bring him before me or some other Judicial Officer of this State, to be dealt with as the law directs.  Herein fail not.

This __23__ day of __October__, 20_09_

__Bonnie Smith for J.L.__      __[signature]__
Assistant District Attorney          Judge, Superior Court, C.J.C.
Bonnie Smith

Form 4000 Revised 06-30-03

* the defendant failed to appear at the October 23, 2009 Cal. Call

## JUDGE KELL

### GENERAL BILL OF INDICTMENT

**082193**

RE: Warrant(s)  
08-W-1181, 08-W-1223

NO. _____  
COBB SUPERIOR COURT

WITNESSES:  
Det K. Harrison  
Smyrna Police Department

### MARCH/ APRIL TERM 2008

### THE STATE OF GEORGIA

V.

### PAUL JANNUZZO

_TRUE_ BILL      Date _5/8_, 20_08_  
Delivered in open Court by:

_(signature)_ Grand Jury Foreperson       _(signature)_ Grand Jury Bailiff

JAY C. STEPHENSON, Clerk, S. C.  
**PATRICK H. HEAD,**  
District Attorney, Cobb Judicial Circuit

The Defendant herein waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty.

Defendant _____

Attorney for Defendant _____

Assistant District Attorney _____

The Defendant herein waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty.

Defendant _____

Attorney for Defendant _____

Assistant District Attorney _____

Filed In Office May-09-2008 16:32:56  
ID# 2008-00065754-CR  
Jay C. Stephenson  
Clerk of Superior Court Cobb County  
Page 1