ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 1 4 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA :
:
v. : COURT NO. 1:09-MJ-01352-CCH
:
PAUL JANNUZZO :

GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that by the authority of the undersigned, the Complaint, filed November 3, 2009, charging violation of 18 U.S.C. Section(s) 1073, is dismissed as to PAUL JANNUZZO and Movant prays leave of Court to file the same.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

By: _____
MARY C. ROEMER
ASSISTANT UNITED STATES ATTORNEY
(404)581-6000
(404)581-6181 (Fax)

Georgia Bar No. 611790

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

ORDER

Now, to-wit, on the __14__ day of __July__, 2011, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

Form USA 40-19-12
(Rev. 3/88)