## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA **WARRANT FOR ARREST**

vs

Case No.: 1:09-MJ-1352 - CCH

**Paul Jannuzzo**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Paul Jannuzzo**

and bring him or her forthwith to the nearest magistrate to answer a **COMPLAINT**

charging him or her with (brief description of offense):

move and travel in interstate commerce between Georgia and Mexico to avoid prosecution for the crime of the Georgia RICO Act, which is a felony under the laws of the state of Georgia;

in violation of Title 18, United States Code, Section(s) 1073.

C. Christopher Hagy
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

November 3, 2009 at Atlanta, GA
Date and Location

Bail Fixed at $_____ by _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 0 1 2011

JAMES N. HATTEN, CLERK
By: *[signature]* Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

7/14/11 Dismissed per Judge Walker

Date Received: _____

Name and Title of Arresting Officer

Date of Arrest: _____

Signature of Arresting Officer